# EXHIBIT 1

# EXHIBIT 1

# Alex Malinsky

Owner, RawGuru INC.

Tampa/St. Petersburg, Florida Area

|  | |
|---|---|
| **Current** | • **Owner at RawGuru INC.** |
| **Connections** | **2** connections |
| **Industry** | Health, Wellness and Fitness |

---

# Alex Malinsky's Experience

### Owner
**RawGuru INC.**
(Health, Wellness and Fitness industry)
Currently holds this position

---

# EXHIBIT 2

# EXHIBIT 2

# reviewjournal.com



Powered by  Clickability

Jul. 19, 2010
Copyright © Las Vegas Review-Journal

## Faith makes fruits, vegetables sprout on five acres

### Miracle Garden

By LYNNETTE CURTIS
LAS VEGAS REVIEW-JOURNAL

Spend a morning in the garden with Rosalind Brooks, and you may just come away a believer.

It's contagious, her unshakable belief in this unlikely idea: a lush community garden on a dusty lot in the middle of the city, in the middle of the desert, in triple-digit heat.

"This is the miracle garden," Brooks, 42, said while strolling among beds of ripe squash, onions, strawberries and lettuce, maybe the only living things not wilting under the excruciating July sun.

"Look how healthy it looks in 110 degrees," said Brooks, a trim vegetarian with a passion for raw food.

She launched her Tonopah Community Garden on five donated acres at 711 N. Tonopah Drive, near Bonanza Road and north Rancho Drive, four months ago through her nonprofit, Together We Can.

She figured a community garden, designed to bring people together and produce nutritious, pesticide-free local food, would sprout plenty of supporters in a neighborhood that went years without a grocery store.

The former schoolteacher with little gardening knowledge invested thousands of dollars of her own money and, with the help of dozens of volunteers, completed her first planting in March.

Her first spring harvest produced 40 pounds of fruit and vegetables, which Brooks donated to the Las Vegas Rescue Mission.

But initial enthusiasm for the project drooped, a perhaps not-so-surprising development in a state with a low volunteerism rate and in a transient city oft-criticized for having no sense of community. She has managed to find just one sponsor for an individual plant bed, of which there are 25 in the garden.

"They all say they are city folks," Brooks said. "They say it's too hot. Those are basically just excuses."

Brooks, who grew up in Southern Nevada, admits she was disappointed and a little frustrated.

"It took me months to get over the shock," she said. "I was going, 'This town sucks. I'm picking up my five acres and moving to Seattle.'&thinsp"

But the fledgling urban gardener persevered, vowing to till away until the garden becomes self-sustaining, producing enough food to sell at a local farmers market, donate to homeless shelters and help feed the neighborhood's needy families.

She also envisions an oasis where schoolchildren can learn about agriculture and healthy eating.

"It's too important a project" to give up, Brooks said. "We all need healthy food."

City Councilman Ricki Barlow, in whose ward the garden grows, believes it will slowly but steadily gain support.

"It's a matter of educating the community, getting them excited about what they eat," he said. "We're not farmers. This isn't a part of our lives. It takes time."

West Las Vegas, generally bordered by Bonanza Road, Carey Avenue, Rancho Drive and Interstate 15, had to fight for years to land a single grocery store after Vons closed its Edmond Town Center store in 2004. Buy Low Market opened in the former Vons in 2008.

The community needs all the sources of healthy food it can get, Barlow said, especially food "without chemicals and pesticides."

The garden "gives the community the opportunity to be a part of natural growth in the inner city."

Former Las Vegas City Councilman Frank Hawkins, who now is president of the local NAACP, owns the land on which Brooks' garden is planted. He offered the land to her for $1 a year because he had long envisioned a community garden there. He even pays the water bill.

"A garden brings people together," Hawkins said. "It can eventually feed hundreds, and it educates young people. Growing up as a kid in the desert, nobody ever introduced me to a garden."

Hawkins believes that as long as Brooks persists, support for the garden will bloom.

"The longer it's there, the more people believe it's going to be there," he said. "If they stop once, they'll come back again."

Brooks, who managed to put together a core team of 10 committed supporters and volunteers, spends four mornings a week at the garden, where she plucks weeds and harvests ripe produce in a skirt.

"If I'm going to be a gardener, I'm going to be a pretty one," she said.

Other days she spends drumming up donations, recruiting volunteers and trying to get the word out. She offers her phone number to anyone interested in the garden: 281-7031. The garden even has its own Facebook page.

On Sundays, Brooks heads to church. She prays for the garden and credits those prayers for inspiring someone to donate a pickup, labor to build a shade structure and other help.

"Anything I need, I just ask God, and, I kid you not, it just comes," she said. "When you have that going on, it's hard to quit."

Brooks has big plans for the garden, which now covers a small portion of the five acres. She wants to plant more fruit trees, install beehives, create a children's area and build a walking path. She wants to bring chefs in to teach people how to make recipes using raw food.

Her long-term plans are more ambitious.

"I really think if you have a good team of people, you could go lot to lot and within 60 days have a food source for communities" around the city, she said.

But for now, Brooks said she has more immediate concerns.

"I'm praying next for a tiller and a backhoe."

Contact reporter Lynnette Curtis at lcurtis@reviewjournal.com or 702-383-0285.

**Find this article at:**
http://www.lvrj.com/news/faith-makes-fruits--vegetables-sprout-on-five-acres-98722074.html

☐ Check the box to include the list of links referenced in the article.

Copyright © Las Vegas Review-Journal, 1997 - 2008

Go Green! Subscribe to the electronic Edition at www.reviewjournal.com/ee/

# EXHIBIT 3

# EXHIBIT 3

Call Us Toll Free: 1.800.577.4729    🔍 search...

Username                    login

Register

Home    Store    Blog    Raw food    Newsletter    Community    Dating    Contact Us

**Raw Food Article Contest**

Win $350 or a Blendtec Blender!



Click for details

**Our Raw Food Blog**

Medicine Flower - Indulgent and Uplifting Flavor ...

Grounding Ourselves: Get Some Earth On Your Feet

Harlem's Raw Soul Restaurant Review

Just Desserts: Delicious, Nutritious Raw Delights ...

New Raw Coconut Secrets Product Line... What's th ...

**Raw Food Sections**

Raw Food Interviews
Raw Food Recipes
Raw Food Resources
Raw Food Videos
Raw Food Articles
Raw Food Faq
Raw Food Jokes
Raw Food Gurus

**New Raw Food Recipes**

Layered Fig Ice Cream...
Raw Lentil Taco Dip
Coconut Secret Salad...
Zucchini Linguine with...

Home » Raw food » MIRACLE GARDEN: Faith makes fruits, vegetables sprout on five acres

# MIRACLE GARDEN: Faith makes fruits, vegetables sprout on five acres

*Written by LYNNETTE CURTIS LAS VEGAS REVIEW-JOURNAL*
Monday, 19 July 2010

Spend a morning in the garden with Rosalind Brooks, and you may just come away a believer. It's contagious, her unshakable belief in this unlikely idea: a lush community garden on a dusty lot in the middle of the city, in the middle of the desert, in triple-digit heat. "This is the miracle garden," Brooks, 42, said while strolling among beds of ripe squash, onions, strawberries and lettuce, maybe the only living things not wilting under the excruciating July sun. "Look how healthy it looks in 110 degrees," said Brooks, a trim vegetarian with a passion for raw food. She launched her Tonopah Community Garden on five donated acres at 711 N. Tonopah Drive, near Bonanza Road and north Rancho Drive, four months ago through her nonprofit, Together We Can.

She figured a community garden, designed to bring people together and produce nutritious, pesticide-free local food, would sprout plenty of supporters in a neighborhood that went years without a grocery store.

The former schoolteacher with little gardening knowledge invested thousands of dollars of her own money and, with the help of dozens of volunteers, completed her first planting in March.

Her first spring harvest produced 40 pounds of fruit and vegetables, which Brooks donated to the Las Vegas Rescue Mission.

But initial enthusiasm for the project drooped, a perhaps not-so-surprising development in a state with a low volunteerism rate and in a transient city oft-criticized for having no sense of community. She has managed to find just one sponsor for an individual plant bed, of which there are 25 in the garden.

"They all say they are city folks," Brooks said. "They say it's too hot. Those are basically just excuses."

Brooks, who grew up in Southern Nevada, admits she was disappointed and a little frustrated.

"It took me months to get over the shock," she said. "I was going, 'This town sucks. I'm picking up my five acres and moving to Seattle.' "

But the fledgling urban gardener persevered, vowing to till away until the garden becomes self-sustaining, producing enough food to sell at a local farmers market, donate to homeless shelters and help feed the neighborhood's needy families.

She also envisions an oasis where schoolchildren can learn about agriculture and healthy eating.

"It's too important a project" to give up, Brooks said. "We all need healthy food."

City Councilman Ricki Barlow, in whose ward the garden grows, believes it will slowly but steadily gain support.

"It's a matter of educating the community, getting them excited about what they eat," he said. "We're not farmers. This isn't a part of our lives. It takes time."

**New Raw Foods**



Raw Passion Fruit Flavor Extract - 15 ml



Raw Peach Flavor Extract - 15 ml



Energy Soup

**Latest Raw Articles**

Dr. Jameth Sheridan...

Veg and the City: The...

Raw Food Diet: Enjoy...

The Dawn of Organic...

Raw Food Nutrition and...

**New Raw Interviews**

Peter Ragnar

Heather Pace

Courtney Pool

Jay Kordich

Susan Schenck

**Popular Interviews**

Daniel Vitalis

Jay Kordich

Tonya Kay

Gabrielle Brick

Susan Schenck

West Las Vegas. generally bordered by Bonanza Road, Carey Avenue, Rancho Drive and Interstate 15, had to fight for years to land a single grocery store after Vons closed its Edmond Town Center store in 2004. Buy Low Market opened in the former Vons in 2008.

The community needs all the sources of healthy food it can get, Barlow said, especially food "without chemicals and pesticides."

The garden "gives the community the opportunity to be a part of natural growth in the inner city."

Former Las Vegas City Councilman Frank Hawkins, who now is president of the local NAACP, owns the land on which Brooks' garden is planted. He offered the land to her for $1 a year because he had long envisioned a community garden there. He even pays the water bill.

"A garden brings people together," Hawkins said. "It can eventually feed hundreds, and it educates young people. Growing up as a kid in the desert, nobody ever introduced me to a garden."

Hawkins believes that as long as Brooks persists, support for the garden will bloom.

"The longer it's there, the more people believe it's going to be there," he said. "If they stop once, they'll come back again."

Brooks, who managed to put together a core team of 10 committed supporters and volunteers, spends four mornings a week at the garden, where she plucks weeds and harvests ripe produce in a skirt.

"If I'm going to be a gardener, I'm going to be a pretty one," she said.

Other days she spends drumming up donations, recruiting volunteers and trying to get the word out. She offers her phone number to anyone interested in the garden: 261-7031. The garden even has its own Facebook page.

On Sundays, Brooks heads to church. She prays for the garden and credits those prayers for inspiring someone to donate a pickup, labor to build a shade structure and other help.

"Anything I need, I just ask God, and, I kid you not, it just comes," she said. "When you have that going on, it's hard to quit."

Brooks has big plans for the garden, which now covers a small portion of the five acres. She wants to plant more fruit trees, install beehives, create a children's area and build a walking path. She wants to bring chefs in to teach people how to make recipes using raw food.

Her long-term plans are more ambitious.

"I really think if you have a good team of people, you could go lot to lot and within 60 days have a food source for communities" around the city, she said.

But for now, Brooks said she has more immediate concerns.

"I'm praying next for a tiller and a backhoe."

Contact reporter Lynnette Curtis at lcurtis@reviewjournal.com or 702-383-0285.

Source:
http://www.lvrj.com/news/faith-makes-fruits--vegetables-sprout-on-five-acres-98722074.html?ref=074

| | | | |
|---|---|---|---|
| Hits: 96 | Email This | Bookmark | Set as favorite |

## Trackback(0)

**Raw Food FAQs**

What is the easiest...

What is the raw food...

What is your daily...

Are olives raw?

What are some health...

**Raw Food Newsletter**

Name:

Your Email Address:

Subscribe

**Popular Raw Gurus**

David Jubb

Lou Corona

Storm and Jinjee

David & Yemiah Favor

Alissa Cohen

**Raw Food Poll**

What is your favorite nut?

○ Almonds

○ Cashews

○ Brazil Nuts

○ Pine Nuts

○ Hazelnuts

○ Pecans



Vote    Results

**New Raw Food Sites**

ScottsRawJourney

Pure Food and Wine

Euphoria Loves...

Optimum Health...

Tree of Life...

More Raw Food...

MIRACLE GARDEN - FAITH makes fruits, vegetables sprout on five acre...
Case 2:10-cv-04570-RMB-FM Document 1 Filed 09/14/10 Page 10 of 14
Page 4 of 3

TrackBack URI for this entry

## Comments (0)

## Write comment

Name

Email

Website

Comment

smaller | bigger

☐ Subscribe via email (Registered users only)

security image ...
**f t b f u**

Write the displayed characters

Add Comment

Create a Gravatar for your comments

< Prev        Next >

[ Back ]

About Us | Raw Food Store | Raw Food Diet | Raw Food Blog | Community | Fresh Sprouts | Site Map | Contact

Copyright © 2009, RawGuru.Com - All Rights Reserved.

# EXHIBIT 4

# EXHIBIT 4

\*-APPLICATION-\*

## Title ─────────────────────────────────────

**Title of Work:** Faith makes fruits, vegetables sprout on five acres

## Completion/Publication ─────────────────────

**Year of Completion:** 2010

**Date of 1st Publication:** July 19, 2010          **Nation of 1st Publication:** United States

## Author ────────────────────────────────────

■
                  **Author:** Stephens Media LLC

          **Author Created:** text

      **Work made for hire:** Yes

              **Citizen of:** United States          **Domiciled in:** United States

## Copyright claimant ────────────────────────

**Copyright Claimant:** Righthaven LLC

9960 West Cheyenne Avenue, Suite 210, Las Vegas, NV, 89129-7701, United States

**Transfer Statement:** By written agreement

## Rights and Permissions ────────────────────

**Organization Name:** Righthaven LLC

                **Name:**  Chief Executive Officer

               **Email:**  sgibson@righthaven.com          **Telephone:**    702-527-5900

             **Address:** 9960 West Cheyenne Avenue

Suite 210

Las Vegas, NV  89129-7701  United States

## Certification ─────────────────────────────

**Name:**  Steven A. Gibson

**Date:**  September 9, 2010

**Applicant's Tracking Number:**  0002063

**Registration #:**

**Service Request #:**   1-484453828

**Application Date:**   09-09-2010 21:13:41

## Correspondent

| | |
|---|---|
| **Organization Name:** | Righthaven LLC |
| **Name:** | Steven A. Gibson |
| **Address:** | 9960 West Cheyenne Avenue |
| | Suite 210 |
| | Las Vegas, NV 89129-7701 United States |

## Mail Certificate

Righthaven LLC
Steven A. Gibson
9960 West Cheyenne Avenue
Suite 210
Las Vegas, NV 89129-7701  United States