J. CHARLES COONS, ESQ.
Nevada Bar No. 10553
ccoons@righthaven.com
*Assistant General Counsel at Righthaven*
JOSEPH CHU, ESQ.
Nevada Bar No. 11082
jchu@righthaven.com
*Staff Attorney at Righthaven*
Righthaven LLC
9960 West Cheyenne Avenue, Suite 210
Las Vegas, Nevada 89129-7701
(702) 527-5900
*Attorneys for Plaintiff*

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| RIGHTHAVEN LLC, a Nevada limited-liability company,<br><br>            Plaintiff,<br><br>v.<br><br>RAWGURU, INC., an Illinois domestic corporation; MICHAEL PETRUSHANSKY, an individual; and ALEX MALINSKY, an individual,<br><br>            Defendants. | Case No.: 2:10-cv-01570-PMP-PAL<br><br>**VOLUNTARY DISMISSAL WITH PREJUDICE** |

Righthaven LLC ("Righthaven") filed a Complaint (Docket No.: 1) on Tuesday September 14, 2010 for copyright infringement against Rawguru, Inc. ("Rawguru"), Michael Petrushansky ("Mr. Petrushansky") and Alex Malinsky ("Mr. Malinsky"). Righthaven, Rawguru, Mr. Petrushansky, and Mr. Malinsky have agreed to settle the matter by a written agreement.

Therefore, Righthaven hereby voluntarily dismisses this action with prejudice, pursuant to Fed. R. Civ. Proc. 41(a)(1)(A)(i).

Dated this fifth day of October, 2010.

                                          RIGHTHAVEN LLC

                                          By: /s/ J. Charles Coons  
                                          J. CHARLES COONS, ESQ.  
                                          Nevada Bar No. 10553  
                                          9960 West Cheyenne Avenue, Suite 210  
                                          Las Vegas, Nevada 89129-7701  
                                          Attorney for Plaintiff